TENDERED FOR FILING
Case 2:12-cr-00001-MLCF-MBN   Document 2037   Filed 03/15/18   Page 1 of 4

MAR 15 2018
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA,

    Respondent,

v.                                    Case No. 2:17-cv-17278 MLCF

TROY HANKTON,                         CR 12-01 F(5)

    Petitioner.

---

### MOTION FOR EVIDENTIARY HEARING UNDER RULE 8 GOVERNING TITLE 28 U.S.C. § 2255

---

    Comes noew petitioner Troy Hankton, pro se, filing this Motion respectfully moving this Honorable Court for an Order setting the place and time for an Evidentiary Hearing in petitioner's Title 28 U.S.C. § 2255 proceeding. Evidentiary hearings are required in § 2255 proceedings unless "petition and files and records of the case conclusively show that the prisoner is entitled to no relief." <u>Fontaine v. United States</u>, 411 U.S. 213, 215 (1973). (See also <u>United States v. Bartholomew</u>, 974 F.2d 39, 41 (5th Cir. 1992).)

    The government's response to petitioner's petition was not persuasive and this Evidentiary Hearing is warranted to assist this Honorable Court in its upcoming decision in Hankton's § 2255 proceeding.

    Petitioner prays this Motion is granted and an Order setting the time and date of an Evidentiary Hearing is caused to be issued in regards to the instant case.

_Fee___
_Process___
X Dktd___
_CtRmDep___
_Doc. No.___

Respectfully submitted this ___ day of _____, 2018.

_____
Troy Hankton

## CERTIFICATE OF SERVICE

I, Troy Hankton, do hereby certify that the above Motion for Evidentiary Hearing Under Rule 8 Governing Title 28 U.S.C. § 2255 has been caused to be sent via the United States Postal Service, first class postage prepaid, by placing it in the unit mail box on this _12_ day of _MaRcH_____, 2018 to:

United States Attorney's Office
650 Poydras St., Ste. 1600
New Orleans, LA 70130.

_____
Troy Hankton

Page 2 of 2

TENDERED FOR FILING

MAR 15 2018

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

TROY HANKTON, #32606-034
FEDERAL CORRECTIONAL INSTITUTION 1
P.O. BOX 5000
OAKDALE, LA 71463

March 12, 2018

Clerk of Court
United States District Court
Eastern District of Louisiana
500 Poydras St., Room C-151
New Orleans, LA 70130

RE: Case No. 2:17-cv-17278

Dear Clerk of Court,

    Enclosed please find a Motion for Evidentiary Hearing Under Rule 8 Governing Title 28 U.S.C. § 2255 for the above styled case. Please file in the usual manner and send to me a stamped copy at the above address. Thank you in advance for your time and cooperation in this matter.

Respectfully,

*(signature)*
Troy Hankton

Troy Hankton, #32606-034
Federal Correctional Institution 1
P.O. Box 5000
Oakdale, LA 71463

***** LEGAL MAIL *****

SHREVEPORT LA 710

Clerk of Court
United States District Court
Eastern District of Louisiana
500 Poydras St., Room C-151
New Orleans, LA 70130

70130-336731

***** LEGAL MAIL *****